IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00918-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

SANFORD SMITH, JR., and
ANGELA SMITH,

    Plaintiffs,

v.

JONATHAN A. MARKS,
ALAN S. MARKS (Estate),
CANDLEWYCK CONDOMINUM ASSOCIATION,
ADOLFSON AND PETERSON COSNTRUCTION,
AMY L. TWOHEY,
WORTH ROSS MGMT.,
HAMMERSMITH MGMT.,
FRONT RANGE ROOFING SYST.,
ZUPKUS AND ANGELL P.C.,
ADAM P. O'BRIEN,
WELLS, ANDERSON & RACE, LLC,
CHRISTY N. REDMOND,
DAVID O'HANSEN,
KUMPF, CHARSLEY & HANSEN P.C.,
VICTOR L. SULZER,
TSCHETTER & SULZER P.C., and
JONATHON CARLSON,

    Defendants.

---

ORDER GRANTING PLAINTIFFS LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiffs have submitted to the court *pro se* a Complaint (ECF No. 1) and individual motions seeking leave to proceed *in forma pauperis*. (ECF Nos. 2 & 3).

Plaintiffs will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) and the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) are GRANTED. It is

FURTHER ORDERED that the court review the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

FURTHER ORDERED that process shall not issue at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining Defendants for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED March 21, 2025.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge