Pro Se –  NOTICE OF VOLUNTARY WITHDRAWAL/ DISMISSAL

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3/31/2025
**JEFFREY P. COLWELL, CLERK**

UNITED STATES DISTRICT COURT

for the

District of Colorado

Civil Division

|  | | |
|---|---|---|
| SANFORD SMITH, JR and ANGELA J. SMITH | ) | Case No. 1:25-cv-00918 |
| *Plaintiff(s)* | ) | |
| | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Marks et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**NOTICE OF VOLUNTARY WITHDRAWAL/ DISMISSAL**
(Pursuant to F.R.C.P. 41(a)(1)(A)(I))

Please take notice that, in compliance with the Court's order to amend the claim in this action, Plaintiffs Sanford Smith Jr. & Angela Smith, hereby voluntarily submit this notice of withdrawal / dismissal of the above action, without prejudice.

Defendants have not been served nor have Defendants served any answer or a motion in this action.

Respectfully submitted: **March 31, 2025**

/s/  *Sanford Smith, Jr.*
Sanford Smith, Jr., Pro Se

/s/  *Angela Smith*
Angela Smith, Pro Se
UCC 1-308
All Rights Reserved

8601 W. Cross Dr. F5

#201

Littleton, CO 80123

Ph.: 770-755-2184

smithsanford@hotmail.com