IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00918-RTG

SANFORD SMITH, JR., and
ANGELA SMITH,

      Plaintiffs,

v.

JONATHAN A. MARKS,
ALAN S. MARKS (Estate),
CANDLEWYCK CONDOMINUM ASSOCIATION,
ADOLFSON AND PETERSON COSNTRUCTION,
AMY L. TWOHEY,
WORTH ROSS MGMT.,
HAMMERSMITH MGMT.,
FRONT RANGE ROOFING SYST.,
ZUPKUS AND ANGELL P.C.,
ADAM P. O'BRIEN,
WELLS, ANDERSON & RACE, LLC,
CHRISTY N. REDMOND,
DAVID O'HANSEN,
KUMPF, CHARSLEY & HANSEN P.C.,
VICTOR L. SULZER,
TSCHETTER & SULZER P.C., and
JONATHON CARLSON,

      Defendants.

---

## ORDER DISMISSING CASE

---

      This matter is before the Court on the Notice of Voluntary Withdrawal/Dismissal (ECF No. 7) filed by Plaintiffs on March 31, 2025.

      Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No

response has been filed by any opposing party in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Withdrawal/Dismissal (ECF No. 7).

DATED at Denver, Colorado, this __3rd__ day of ____April____, 2025.

BY THE COURT:

____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court